

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Medical Center*
*P. O. Box 1600*
*Butner, North Carolina 27509*

September 22, 2020

The Honorable Judge Donald C. Coggins, Jr.
U.S. District Judge
201 Magnolia Street
Spartanburg, SC 29306

RE: BLAKNEY, Larry
Register Number: 34750-171
Docket Number: 4:19-cr-00862-DCC-1

Dear Judge Coggins:

    The above-referenced individual was admitted to the Mental Health Unit of FMC-Butner on September 16, 2020, pursuant to the provisions of Title 18, United States Code, Section 4241(d).

    Currently, the assigned Treatment Team members are conducting interviews and psychological testing, which are necessary to complete his evaluation. We have calculated the evaluation period to end January 13, 2021. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 <u>working days</u> of the end date.

    I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact Donna McRae, Health Services Assistant, at extension 5536.

Respectfully,

T. Scarantino, Complex Warden

cc: Lauren Leigh Hummel, Assistant United States Attorney
    William F. Nettles, IV, Defense Attorney